UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHAD THAYER,

                    Plaintiff         **ORDER OF REMAND**

v

                                          6:08-cv-06138 DGL

DoALL COMPANY, INC.
254 N. Laurel Ave.
Des Plaines, IL 60016-4398

                    Defendant

---

It appearing that the Notice of Removal filed by defendant in the above-entitled action on March 26, 2008 was not timely, is hereby

ORDERED, that the above-entitled action is hereby remanded from the United States District Court for the Western District of New York to New York State Supreme Court, County of Monroe.

Dated: Rochester, New York

      April 16, 2008

                                            DAVID G. LARIMER
                                            United States District Judge